# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135847

BILLY JOE HICKMAN,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135847
AGC: 2613/07, 2614/07

On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

p0421